UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

ORDER FOR RETURN OF
DEPOSIT OF BAIL

VS

RECOG# NEW 1577

JOAQUIM VIEIRA-VILELA

08-MG-8056-01

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, ONE THOUSAND DOLLARS, ($1,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this 23rd day of JULY, 2008.

Ordered that the sum of ONE THOUSAND DOLLARS, ($1,000.00), be paid to DANIEL REMER 30 STATE STREET, SUITE 100, OSSINING, N.Y. 10562.

RECEIVED
JUL 23 2008
AT 8:30
WILLIAM T. WALSH
CLERK

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT